Case 3:23-cv-00087-KC   Document 4   Filed 04/03/23   Page 1 of 3

**FILED**
April 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Javier Martinez_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **START NEW SETTLEMENT, LLC** § | EP-23-CV-0087-KC |
| d/b/a **START NEW FINANCIAL** § | |
| a Michigan Limited Liability Company § | |
| § | |
| Defendant. § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendant START NEW SETTLEMENT, LLC d/b/a START NEW FINANCIAL have resolved their case. Plaintiff hereby requests the Court to dismiss the case against START NEW SETTLEMENT, LLC d/b/a START NEW FINANCIAL with prejudice.

Dated April 3, 2023,                              Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com

**RECEIVED**
April 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Javier Martinez__
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **ERIK SALAIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **START NEW SETTLEMENT, LLC** § | EP-23-CV-0087-KC |
| d/b/a **START NEW FINANCIAL** § | |
| a Michigan Limited Liability Company § | |
| § | |
| **Defendant.** § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, _____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

|  |  |  |
|---|---|---|
| **ERIK SALAIZ,** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § § | |
| **START NEW SETTLEMENT, LLC** d/b/a **START NEW FINANCIAL** a Michigan Limited Liability Company | § § § § § | **EP-23-CV-0087-KC** |
| **Defendant.** | § § | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated April 3, 2023,                                              Respectfully Submitted,

Erik Salaiz
Plaintiff, Pro Se
319 Valley Fair Way
El Paso, Texas 79907
915-490-0898
Salaiz.ep@gmail.com